UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Government Development Bank of P.R.

v.

Defendant(s) Carib Inn of San Juan Corp

CIVIL NO. 99-1508 (DRD)
98-1481

| MOTION | ORDER |
|---|---|
| Docket entry no. 28 | ☒ GRANTED. |
| Date: Aug 12 / 1999 | ☐ DENIED. |
| Title: First motion for extension of time to respond to Warmenster Investment Corp.'s second motion to Remand | ☒ MOOT. |
| | ☐ NOTED. |
| | On September 17, 1999 the National Labor Relations Board filed its opposition. |

RECEIVED AND FILED
99 OCT 27 AM 7:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 10 /25/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

