UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Warminster Investment Corp.

CIVIL NO. 98-1481 (DRD)
99-1508 (DRD)

v.

Defendant(s) Horizons Hotels Corp

| MOTION | ORDER |
|---|---|
| Docket entry no. 30 | ☒ GRANTED. |
| Date: Sept/30/1999 | ☐ DENIED. |
| Title: Motion requesting leave to withdraw legal representation of Warminster Investment Corporation | ☐ MOOT. |
| | ☐ NOTED. |
| | Plaintiff Warminster Investment Corp. is granted 30 days to notify new legal representation. |

RECEIVED AND FILED
99 NOV 10 AM 7:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 10/27/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Regleto

4

32