UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Warminster Investment Corp   CIVIL NO. 98-1481 (DRD)

v.

Defendant(s) Horizons Hotels Corp et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 26 | ☒ GRANTED. |
| Date: May 16, 1999 | ☐ DENIED. |
| Title: Informative Motion of Intervenor National Labor Relations Board. | ☐ MOOT. |
| | ☐ NOTED. |

This case continues to be stayed pursuant to the Court's Order of April 15, 1999 (Docket No. 23).

Date: 11/16/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE