UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

NATIONAL LABOR RELATIONS BOARD

Plaintiffs

v.

HOTEL ASSOCIATES, et al.

Defendants

MISC. NO. 98-085 (DRD)
MISC. NO. 98-130 (DRD)
CIVIL NO. 98-1481 (DRD)
CIVIL NO. 99-1508 (DRD)

## ORDER

The Court in a telephone conference with all attorneys litigating the NLRB related matter was informed that they had reached a tentative settlement involving all of the above captioned cases. The settlement would close Misc. Case Nos. 98-085/98-130, *National Labor Relations Board v. Horizons Hotel Corp.* because the parties would have reached settlement as to all issues. Civil Case No. 98-1481 (DRD), *Warminster Invt. v. Horizons Hotel Corp.* would also be closed as a satellite litigation case. The Civil Case No. 99-1508 (DRD), *Government Development Bank of P.R. v. Carib Inn of San Juan* would be remanded to the Superior Court of Puerto Rico because the NLRB would have no further interest in the case.

The parties are ordered to file the final settlement documents including all cases by February 15, 2000 at 5:00 P.M. A final hearing will be held on **March 3, 2000 at 11:30 A.M.**

IT IS SO ORDERED.

At San Juan, Puerto Rico, on this 8TH day of January, 2000.

DANIEL R. DOMINGUEZ
U. S. District Judge