UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WARMINSTER INVESTMENT CORP.

    Plaintiff

    v.                                             Civil No. 98-1481 (DRD)

HORIZONS HOTELS CORP., HOTEL
ASSOCIATES, INC. AND
UNITED STATES OF AMERICA

    Defendants

## JUDGMENT

    For the reasons set forth in the "Order Approving Withdrawal of Case No. 98-1481, Dismissing With Prejudice Counterclaim of Warminster Investment Corp. in case No. 99-1508, and Remanding Case to the Commonwealth of Puerto Rico, Court of First Instance, Superior Court of Carolina" this case is deemed totally settled. The parties are ordered to comply with the terms and conditions in said Order.

    Pursuant to the aforementioned Order, Warminster Investment Corp. dismisses with prejudice its mortgage foreclosure action in case No. 98-1481. The case is, therefore, dismissed with prejudice.

    This Judgment disposes of all pending matters in this case.

Date: March 22, 2000                               DANIEL R. DOMINGUEZ
                                                             U.S. DISTRICT JUDGE

N \98-1481 JGT